■ HARRY KAPLAN, Plaintiff, and PHILIP GELLER, Appellant, v. ROSE KALNIT, Respondent.— Motion by the landlord for leave to appeal to this court from an order of the Appellate Term of the Supreme Court which affirmed an order of the Municipal Court of the City of New York. Motion denied. Beldock, P. J., Ughetta, Christ, Brennan and Hopkins, JJ., concur.

■ (A) In the Matter of the Estate of LEWIS L. LEFFERTS, Deceased. WASHINGTON TRUST COMPANY et al., Respondents; MILDRED T. LEFFERTS et al., Appellants.— Beldock, P. J., Ughetta, Brennan, Rabin and Hopkins, JJ., concur. (B) In the Matter of the Estate of MARIA ZEIGLER, Deceased. ARCHIBALD R. MACKENNAN, as Executor, Appellant; FIDELITY & DEPOSIT COMPANY OF MARYLAND, Respondent. Beldock, P. J., Christ, Hill, Rabin and Hopkins, JJ., concur. (C) CAROLINE C. BECK et al., Appellants, v. CITY OF NEW YORK, Respondent. Ughetta, Acting P. J., Kleinfeld, Christ, Brennan and Hopkins, JJ., concur. (D) NATIONAL GRANGE MUTUAL INSURANCE COMPANY, Appellant, v. PEARLY MALONE, Respondent, et al., Defendant. (E) JULIUS ARM, Appellant, v. HELROSE LUNCHEONETTE CORP., Respondent.— Beldock, P. J., Ughetta, Christ, Brennan and Hopkins., concur. (F) BEATRICE L. FEINSTEIN, Respondent, v. MARSHALL H. EARL et al., Defendants, and UNITED STATES OF AMERICA, Appellant. Beldock, P. J., Ughetta, Christ, Brennan and Hopkins, JJ., concur. (G) WALTER GROSS, Appellant, v. GEORGE N. WISE, Respondent. Beldock, P. J., Ughetta, Christ, Brennan and Hopkins, JJ., concur. (H) EUGENE FREIMAN, Respondent, v. D. R. COMENZO & Co., INC., Appellant. Kleinfeld, Acting P. J., Christ, Hill, Rabin and Hopkins, JJ., concur. (I) GIANT PUBLISHING CORPORATION, Respondent, v. HERLYN REALTY CORPORATION, Appellant, et al., Defendant. Beldock, P. J., Brennan, Hill, Rabin and Hopkins, JJ., concur. [In each action] Motion by appellant for leave to appeal to the Court of Appeals, denied.

■ VIOLET SCHULTZ, as Administratrix of the Estate of LILLIAN GRAFT, Deceased, Respondent, v. LEONARD BIEL, JR., et al., Appellants.— Motion by respondent to dismiss appeal granted; appeal dismissed, without costs. Beldock, P. J., Ughetta, Christ, Brennan and Hopkins, JJ., concur.

■ THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v. JAMES CRAWFORD, Appellant.— Motion by appellant to dispense with printing and for assignment of counsel, denied. It appears that no notice of appeal has been timely served or filed. Beldock, P. J., Ughetta, Christ, Brennan and Hopkins, JJ., concur.

■ THE PEOPLE OF THE STATE OF NEW YORK ex rel. SAMUEL BARBER, Appellant, v. EDWARD M. FAY, as Warden of Green Haven Prison, Respondent.— Motion by appellant to discontinue his appeal from an order of the Supreme Court, Dutchess County, entered March 9, 1962, which dismissed, after a hearing, a writ of habeas corpus. Motion granted; appeal discontinued. Beldock, P. J., Ughetta, Christ, Brennan and Hopkins, JJ., concur.

■ MATILDA CANALE-PAROLA COPPOLA, Appellant, v. CITY OF NEW YORK et al., Respondents, et al., Defendant.— Motions by respondents (other than Marjorana) for reargument, denied, without costs. Ughetta, Acting P. J., Kleinfeld, Christ, Brennan and Hopkins, JJ., concur.

■ OTTO ENGELHARD et al., Individually and on Behalf of All Other Persons Similarly Situated, Appellants, v. CORD MEYER DEVELOPMENT COMPANY et al., Respondents.— Motion by appellants for reargument or for leave to appeal to the Court of Appeals, denied, without costs. Ughetta, Acting P. J., Kleinfeld, Christ, Hill and Rabin, JJ., concur.